# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**In Re:**

        ERIKA D. BALLARD

**Case No. 17-13166**

**Claim No. 5**

        Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
|  | Jeffrey Katz, Esquire |
| Justin L. Krik, Esquire | Liss and Katz Law, LLC |
| 1101 Market Street, Suite 2820 | 100 South Broad Street, Suite 1205 |
| Philadelphia, PA 19107 | Philadelphia, PA 19110 |
| 215-922-6644 | 215-620-3563 |
| jkrik@lipskybrandt.com | jeffrey@thephiladelphialawfirm.com |

**Address where Payment to the creditor be sent:**

| From | To |
|---|---|
|  | Jeffrey Katz |
| DGS Capital Investments, LLC | Liss and Katz Law, LLC |
| 1218 north Marshall Street | 100 South Broad Street, Suite 1205 |
| Philadelphia, PA 19121 | Philadelphia, PA 19110 |
| 215-922-6644 | 215-620-3563 |
| jkrik@lipskybrandt.com | jeffrey@thephiladelphialawfirm.com |

Date: 02/18/2020

*/s/ Justin L. Krik*
Creditor's authorized agent for
DGS Capital Investments, LLC